UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSLYNE E. DAVENPORT, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; SPECIALIZED LOAN SERVICING, LLC, <br><br> Defendants. | Case No. 2:25-cv-02521-JHC <br><br> STIPULATION & ORDER TO ARBITRATE |

Plaintiff Joslyne Davenport ("Plaintiff") and Experian Information Solutions, Inc. ("Experian," and together with Plaintiff, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      On or about December 10, 2025, Plaintiff filed the present action in the United States District Court for the Western District of Washington entitled: *Joslyne E. Davenport v. Experian Info. Sols., Inc., et al.*, Case No. 2:25-cv-02521-JHC. (Dkt. No. 1).

2.      Plaintiff and Experian met and conferred and jointly agree to arbitrate the merits of Plaintiff's dispute against Experian in this action before the American Arbitration Association, pursuant to its Consumer Arbitration Rules.

3.      Plaintiff and Experian also jointly agree that Plaintiff will not contest arbitrability.

4.      Plaintiff and Experian also stipulate to stay Plaintiff's claims against Experian in

STIPULATION & ORDER - 1

the present action, as between them only, pending completion of the arbitration.

5.    In furtherance of the stipulation to stay this action as to Experian, the parties agree that Plaintiff and Experian's discovery obligations are suspended as between Plaintiff and Experian, pending the completion of the arbitration.

Respectfully submitted,

Dated: April 24, 2026                    STOEL RIVES LLP


By: */s/ Alissa N. Harris*
　　Alissa N. Harris
　　600 University Street, Suite 3600
　　Seattle, WA 98101
　　Telephone: 206-624-0900
　　ali.harris@stoel.com


*Attorney for Defendant Experian Information solutions, Inc.*


Dated: April 24, 2026                    CONSUMER ATTORNEYS PLLC


By: */s/ Meir Rubinov*
　　Meir Rubinov*
　　68-29 Main St.
　　Flushing, NY 11367
　　Telephone: 718-640-8123
　　mrubinov@consumerattorneys.com

　　*admitted pro hac vice*


*Attorneys for Plaintiff Joslyne E. Davenport*

STIPULATION & ORDER - 2

## ORDER

This matter having come before the Court by way of stipulation and agreement of the parties to arbitrate the case and stay proceedings as to Experian, and the Court being fully advised in the premises; NOW, THEREFORE, IT IS ORDERED:

1.      Plaintiff Joslyne E. Davenport ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association pursuant to its Consumer Arbitration Rules.

2.       The action is stayed as to Plaintiff's claims against Experian pending completion of the arbitration.

3.      As to Plaintiff's claims against Experian, all outstanding discovery obligations are suspended, and the Court's scheduling order deadlines are stayed.

DATED this 24th day of April, 2026.

_____
JOHN H. CHUN
United States District Court Judge

STIPULATION & ORDER - 3