**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JOSLYNE E. DAVENPORT,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SPECIALIZED LOAN SERVICING LLC,<br><br>Defendants. | **Case No.: 2:25-cv-02521-JHC**<br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES** |

Before the Court is the Parties' Joint Motion for Extension of Discovery Deadlines. Dkt. 33. The Court DENIES the motion because the parties' proposed schedule reduces the time between the deadline for dispositive and expert motions and the trial date. The Court would consider a trial continuance.

Dated this 19th day of November, 2026

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE