**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JOSLYNE E. DAVENPORT,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SPECIALIZED LOAN SERVICING LLC,<br><br>Defendants. | **Case No.: 2:25-cv-02521-JHC**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND EXTEND ALL REMAINING DEADLINES** |

The Court has considered the Amended Joint Motion to Continue Trial and Extend All Remaining Deadlines filed by Plaintiff Joslyne E. Davenport and Defendant Specialized Loan Servicing LLC. Dkt. 35. For good cause shown, the Court GRANTS the motion in part. In light of its calendar, the Court sets trial in this matter for September 7, 2027. The Court DIRECTS the Clerk to issue a case scheduling order that includes pretrial deadlines, beginning with the deadline for amending pleadings.

DATED: November 20, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE